UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RAYMOND D. BROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-CV-235 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Judge Collier / Judge Carter |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT ORDER

On December 29, 2009, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 20). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) The defendant's motion for summary judgment (Court File No. 18) is **GRANTED**;

(2) The plaintiff's motion for judgment on the pleadings (Court File No. 14) is **DENIED**; and

(3) The Commissioner's decision, denying the plaintiff a period of disability, disability insurance benefits, and supplemental security income under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(I) and 1382, is **AFFIRMED**.

**SO ORDERED.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**